IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| GERALD I. KATZ | * | MISC. CASE NO. 12-mc-462 (DISCIPLINARY) |
| Respondent | * | |
| | * | and |
| | * | PRIOR MISC. CASE NO. 11-mc-73 (DISCIPLINARY) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE BY GERALD ISADORE KATZ
### TO THIS HONORABLE COURT'S SUSPENSION AND SHOW CAUSE ORDER

Gerald I. Katz, Esquire, by and through his attorneys, Peter F. Axelrad and Council, Baradel, Kosmerl & Nolan, P.A. responds herewith to this Honorable Court's Show Cause Order dated November 30, 2012, and states as follows:

1. Respondent is in receipt of a copy of this Honorable Court's Show Cause in the above matter dated November 30, 2012.

2. Respondent shows cause herein and requests that this Court not impose discipline as that imposed by the Court of Appeals of Maryland.

3. The argument before the Court of Appeals was convened on September 10, 2012 and the Opinion of the Court of Appeals was rendered on November 19, 2012.

4. As the Opinion itself reflects, Respondent was before this Honorable Court on several occasions during the past few years regarding the underlying problems that Mr. Katz had before the Circuit Court for Anne Arundel County, Maryland.

5. In fact, Respondent was suspended by this Honorable Court on February 14, 2011 when undersigned counsel for Mr. Katz reported to this Court the facts of his conviction before the Anne Arundel County Circuit Court. Accordingly, Mr. Katz has been and was suspended by this Court on February 14, 2011 for the precise matters underlying this Show Cause Order.

6. After being suspended in this Court, a hearing was convened before U.S. District Court Judge, Alexander Williams, and thereafter a final Order was entered by this Court on January 18, 2012 suspending Mr. Katz for a full year but entering it *nunc pro tunc* to the original date of suspension (February 14, 2011).

7. Thereafter, undersigned counsel on behalf of Mr. Katz moved Mr. Katz's readmission as a member of the bar of this Court.

8. This Court's Order dated May 2, 2012 granted said motion and Mr. Katz has been readmitted as a member of the bar of this Court ever since that date.

9. Because the issues surrounding the Opinion of the Court of Appeals have been already heard by this Court and because Mr. Katz has been suspended and has been fully readmitted, it is urged respectfully upon the Court that there is no purpose to any further discipline in this Court.

10. It is urged that this Court having received this Response to Show Cause Order enter an Order rescinding Mr. Katz's suspension in this proceeding.

11. Respondent and/or his counsel would be available for any further questions by this Court but since these matters have already been heard and considered by this Court it is urged respectfully that this Honorable Court should not impose any further discipline upon Mr. Katz.

WHEREFORE, having fully responded to the Show Cause Order, Respondent urges this Honorable Court to withdraw its Order that Respondent has been once again suspended from the

practice of law before this Court and it is urged that he be immediately readmitted as a member of the bar of this most Honorable Court.

Respectfully submitted,

Peter F. Axelrad (Bar ID# 00656)
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21401
(410) 268-6600 (Annapolis)
(410) 269-6190 (Baltimore)
(301) 261-2247 (Washington)
(410) 269-8409 (Facsimile)
Axelrad@cbknlaw.com

*Attorney for Respondent*