IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: :
:
:
Gerald I. Katz : MISC. CASE NO. 12-mc-462
: (DISCIPLINARY)
:
Respondent. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O R D E R

Gerald I. Katz, Esquire, was admitted to practice before the bar of this Court on June 17, 1983. On November 20, 2012, this Court received a certified copy of an order from the Court of Appeals of Maryland indefinitely suspending Respondent, effective November 19, 2012. On November 30, 2012, this Court entered a show cause order immediately suspending Respondent from the practice of law before this Court, and requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland. The Clerk sent the show cause order by regular and certified mail, return receipt requested. Respondent, through counsel, filed a response on December 26, 2012. The Court has reviewed the response and agrees with Respondent that this Court previously sanctioned Respondent for the conduct at issue in this reciprocal matter. However, because Respondent is no longer an active member in good standing of the Maryland state bar, he no longer meets the eligibility requirements for continued active membership in this Court's bar. *See* Local Rule 701.1; Standing Order 2012-03. It is therefore,

ORDERED by the United States District Court for the District of Maryland, that Gerald I. Katz, Esquire, be and hereby is placed on inactive status. This Order is entered, *nunc pro tunc*, from November 19, 2012, the date the Respondent was suspended by the Court of Appeals of Maryland. Respondent shall be automatically reinstated and returned to active status upon filing an affidavit with the Court stating either (1) he has been reinstated to the bar of the Court of Appeals of Maryland or (2) he has otherwise complied with the requirements of Local Rule 701.1.

The Clerk is directed to send a certified copy of this Order by regular mail to Respondent and to counsel for Respondent.

Date: Jan 9, 2013

Deborah K. Chasanow, Chief Judge
United States District Court